THE US DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 03 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Father Jesus

1:21cv191 TBM-RPM

VS

City Of Gulfport and
Greg Pietrangelo, Director

COMPLAINT

Now comes Father Jesus and file this Complaint against Defendants, CITY OF GULFPORT In support thereof, Plaintiff respectfully state as follows:

1

City of Gulfport in a discriminatory refuses to grant permits for projects that have passed

planning and zoning/ building code requirements to Mr Jesus. City Of Gulfport has constantly

harassed Mr Jesus for having or requesting online roommates to share in bills. City of Gulfport has

constantly harassed Me Jesus concerning grandfathered playground equipment. As a result, Mr Jesus

does not have access to the same building materials nor availability of builders who promised

to complete His project at a lesser price and should be compensated. Mr Jesus was not

granted permit to place confiscated for sale signs on His property and by financial hardship

lost the property and should be compensated.

_____

1. In 2017 Father Jesus requested rezoning for religious space for Himself. Only the

adjacent neighbors were requested to attend, none objected, none attended to object.

The sight and building plans passed both planning and zoning approval and building

code approval before the city request meeting. The request was said to be denied

based on the size of the building for which there is no law that opposes but rather

supports it for the size of the occupancy. The meeting made headlines as a glorious

denial against a black icon named King Jesus. The 10 opposing churches that arrived

at the meeting were not adjacent neighbors and should not have any bearing nor opinion

on whether Mr Jesus should be allowed to worship His God in private on His own land. This

unlawful behavior violated Mr Jesus first amendment rights. First Amendment: Congress

shall make no law respecting an establishment of religion, or prohibiting the free exercise

thereof; or abridging the freedom of speech, or of the press; or the right of the people

peaceably to assemble, and to petition the Government for a redress of grievances.

2. In 2017 Days after the city meeting slight before the media made worldwide headlines including Usa Today, Uk Finance, ABC, Sun Herald, Clarion Leger, Business Insider, Miami Tribune and several more. Father Jesus put up a for sale sign on one of His properties. The sign was taken down by the city, because being a commercial property it was deserving of a massively larger sign which required a permit. Mr Jesus requested that permit. The request was said to be taken out of Planning and zonings hands by the city attorney and personally restricted by a rule that the building department has never heard of in the history of their occupation. I have placed more than 100 calls to the city attorney to date with a promise that She would call me back about this issue. As a result of their clever discriminatory behavior. I was not able to sale My property nor afford to keep it which led me to financial hardship, and property repossession including of My Rolls Royce cars. When I requested that the city purchase My property because they wouldn't allow Me to place a for sale sign saying there is a city right of way on Your property. When I asked that the City give just compensation for My property if for their cause I cannot Use nor display for sale, they refused, saying they have no desire for the property. Fifth Amendment: private property shall not be taken for public use, without just compensation.

3. 5/26/21 The director of Urban development in a discriminatory fashion refused to allow any proper permits including those that satisfy all of the legal requirements saying

My neighbors who proved racists do not like the style of Your playground equipment as it appears to

be part of Your home which makes your home look like a massive Castle as seen in news headlines.

He further writes in His email, Until You make Your legal ensamble look like Your racist neighbors/ in harmony with Your neighbors, I will unlawfully deny Your legal right to any permits to improve Your Castle. 14th Amendment No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property.

Parties

Father Jesus (Plaintiff) is a resident of the City of Gulfport.

Defendant City of Gulfport is a municipal corporation with its primary place of business located at Gulfport City Hall, 2309 151 h Street, Gulfport, Mississippi. The City of Gulfport has caused, created, authorized, condoned, ratified, approved, and/or knowingly acquiesced in the policy of illegally restricting the duty to provide proper service for which the application with their Government entity requires.

JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 because the action arises under and is brought under the Civil Rights Act of 1871, 42 U.S.C. § 1983 and the First, and Fourteenth Amendments to the United States Constitution. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367 because they are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

Venue is proper in this District under 28 U.S.C. § 139l(b)(l) because Defendant resides in this judicial district. This District also is an appropriate venue for this action under 28 U.S.C. § 139l(b)(2) because all or at least a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.

Factual Background

1. In 2017 Father Jesus was told by planning and zoning, and building code enforcement the the site and building plan for a personal worship center was within code, and that The request for rezoning will be easily granted pending the responses from any adjacent neighbors. No adjacent neighbors came to the meeting, only competing churches who were already granted license for their churches and congregations by the commission. The intent of the meeting was no longer about the adjacent neighbors but rather the religious freedoms of Mr Jesus and right to assemble on Mr Jesus own land. Within 72 hours of the meeting Father Jesus was detained at His home by Police responding to a anonymous call saying Mr Jesus and His wife may have been privately worshipping their God at Home instead.

2. 2017 City of Gulfport removed a property for sale sign saying that there is a city right of way on part of the land, and refused to purchase it or allow Me a for sale sign which won a very large amount of airport traffic and multi millionaires. The land was repossessed because of a lack of the ability to openly advertise it for return profit.

3. 5/26/21 The director of Urban development and other members expressed that my permits were within compliance but denied because of Mr Jesus lack of obedience to His neighbors. Mr Jesus' only adjacent neighbor is the largest Casino in the state of Mississippi. The neighbors to whom He's referring reside on the streets behind the Multi Million dollar tourist sector where Mr Jesus Castle and playground are in harmony. however, building codes refusal to grant building permits for additions to the Castle and the City of Gulfport refusal to pick up trash in the span of several months severely deprives us of our constitutional right of Property, because nearly a year, I put in permit requests to build on My Castle, they deny My permits because people who don't even live in My sector are envious. Neither are they the homeowners that reside on the same street rather temporary renters on other streets not adjacent to the tourist sector.

Request: equal rights to gain permits for alterations on my home and $90,000.00 for lost time and builders to do the work.

Father Jesus    310 579 1058
6-3-21
3106 11th St
Gulfport MS 39501