US District Court
Southern District of Mississippi
Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 28 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Jesus vs City of Gulfport and Greg Pietrangelo

1:21-CV-00191-TBM-RPM

Amended Complaint & Demand

Demand 2.5M

in addition to the offences outlined in the First complaint, Defendant unlawfully had Mr Jesus arrested unlawfully by Classifying Mr Jesus personal residence where He lived with roommates who split the rent as reported before as instead a Rooming House. according to the law one has 1 Year to repair Storm damage, we were in our timeline and THEY could See that there were Replacement windows and doors that each room may have regress. at the point of arrest, my wallet was simply thrown into a trash pile on a roommates truck bed, and for 72 hours including Christmas we were dissallowed to return with workers to correct the issues. after Much Persistence (as heard in the recordings) we were eventually Able to get Gary Anderson to do and accompany his inspector for an Electrical inspection so that we may use our power tools and the required water tempiture to clean up rotten food. after Completing the outlined tasks on the recordings, Gary Anderson refused to allow our Equal rights to complete this and these tasks. When asked on recording if they ever had any Cases ~~whereby~~ whereby they dissalowed a resident to

repair any demands they may have. He on the recording said no. I'm requesting 2.5 m dollars because I was arrested during the christmas holiday unlawfully the day after the death of my roomate. And because they Forbid the Fire department to return our Electricity meter under safe conditions. We are not a boarding house, and am not liscenced as a boarding house and any money spent for lodguge should be returned. We have a Year to replace and repair things that were the result of a Federal disaster. We are within our window and they witnessed the replacment parts. Playground equipment even Electric ones are Exempt From Permitting, Gary anderson adds another restriction to his unlawful lockout saying apperently Some of the homeless people You have allowed to Sleep in Your park have made Cots, sleeping bags old Mattresses to sit upon the dirt and pallets at Your Playground. Mr Jesus is legally allowed to allow anyone He wants in this playground which is Exempt From building code Scrutiny. this is an open case of discrimination and our Constitution outlined in the First Complaint dissallows Such behavior

3106 11th St Gulf port Ms 39501          Father Jesus      12/29/21