# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**FATHER JESUS**                                                                    **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 1:21-cv-191-TBM-RPM**

**CITY OF GULFPORT**                                                 **DEFENDANT**

## ORDER

This matter came before the Court on the City of Gulfport's Motion to Dismiss [10], Motion to Quash [20], and Motion to Abate Plaintiff's Discovery [27] as well as Father Jesus's Motion for Extension of Time to Serve Process [25]. At the hearing conducted in this matter on October 4, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on October 4, 2022, Gulfport's Motion to Dismiss [10] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on October 4, 2022, Gulfport's Motion to Quash [20] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on October 4, 2022, Gulfport's Motion to Abate Plaintiff's Discovery [20] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that, in the light of Gulfport's Motion to Abate Plaintiff's Discovery [20] being granted, all discovery in this case is STAYED pending a future case management conference with the Magistrate Judge.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on October 4, 2022, Father Jesus's Motion for Extension of Time to Serve Process [25] is DENIED IN PART and GRANTED IN PART. It is granted to the extent that the motion is liberally construed as a motion to amend the Complaint and is denied in all other respects.

IT IS FURTHER ORDERED AND ADJUDGED that, in the light of Father Jesus's Motion for Extension of Time to Serve Process [25] being granted in part, Father Jesus will have fifteen days from the entry of this order to file an Amended Complaint. He will have thirty days from the date of the filing of the Amended Complaint to serve process on Gulfport.

Nothing in this order bars Gulfport from asserting any defenses or filing any motions available to it under applicable law.

THIS, the 4th day of October, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE