**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **FATHER JESUS** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 1:21-cv-191-TBM-RPM** |
| **CITY OF GULFPORT** | **DEFENDANT** |

**ORDER**

  This matter came before the Court on the City of Gulfport's Motion to Dismiss [32] and Motion to Strike [38]. At the hearing conducted in this matter on May 2, 2023, the Court, having considered the pleadings, the record, the evidence presented, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

  IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 2, 2023, Gulfport's Motion to Dismiss [32] is GRANTED and this matter is DISMISSED WITH PREJUDICE.

  IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on October 4, 2022, Gulfport's Motion to Strike [38] is DENIED as MOOT.

  THIS, the 2nd day of May, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE
