IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FATHER JESUS**                                                                               **PLAINTIFF**

v.                                                                    **CIVIL ACTION NO. 1:21-cv-191-TBM-RPM**

**CITY OF GULFPORT**                                                                            **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day granting the City of Gulfport's Motion to Dismiss [32],

IT IS ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE. This case is CLOSED.

This, the 2nd day of May, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE